Philip P. KALODNER, Plaintiff–Appellant,

v.

PUBLIC SERVICE ELECTRIC & GAS COMPANY, Eastman Chemical Company, Florida Power Corporation, and General Motors Corporation, Defendants–Appellees,

and

General Council on Finance and Administration of the United Methodist Church, Seagroup, Inc., and Zim Israel Navigation Company, Ltd., Defendants–Appellees,

and

City of New York, Defendant–Appellee.

No. 2005–1214.

United States Court of Appeals, Federal Circuit.

Aug. 15, 2006.

Philip P. Kalodner, pro se.

ON MOTION

*ORDER*

Philip P. Kalodner moves without opposition to dismiss his appeal of the December 20, 2004 judgment of the United States

District Court for the District of Columbia in *Kalodner v. Public Serv. Elec. & Gas Co.,* No. 04–CV–0152.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear its own costs.